# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| WILLIAM C. SHEHAN, JR.<br>903 RIVA RIDGE COURT<br>UNION, KENTUCKY, 41091<br><br>*Plaintiff(s)*<br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>STOCK YARD BANK<br>PAYPAL<br>PNC BANKING CORPORATION<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:20 CV 500 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    STOCK YARD BANK - Mr. James Hillebrand, Chairman
    - Registered Agent -
    SKO - LOUISVILLE SERVICES, LLC
    2000 PNC PLAZA
    500 WEST JEFFERSON STREET
    LOUISVILLE, KENTUCKY, 40206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    WILLIAM C. SHEHAN, JR.
    903 RIVA RIDGE COURT
    UNION, KENTUCKY, 41091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: _____06/30/2020_____

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| WILLIAM C. SHEHAN, JR.<br>903 RIVA RIDGE COURT<br>UNION, KENTUCKY, 41091<br><br>*Plaintiff(s)*<br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>STOCK YARDS BANK & TRUST<br>PAYPAL<br>PNC BANK, NATIONAL ASSOCIATION<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:20 CV 500<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PNC BANK, National Association
Mr. Gregory Jordan - Office of Legal Counsel
Registered Agent -
Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

WILLIAM C. SHEHAN, JR.
903 RIVA RIDGE COURT
UNION, KENTUCKY, 41091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/30/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| WILLIAM C. SHEHAN, JR.<br>903 RIVA RIDGE COURT<br>UNION, KENTUCKY, 41091<br><br>*Plaintiff(s)*<br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>STOCK YARDS BANK & TRUST<br>PAYPAL<br>PNC BANKING CORPORATION<br>*Defendant(s)* | Civil Action No. 1:20 CV 500 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    PAYPAL INC.
    Mr. DANIEL SCHULMAN, Chairman
    - Registered Agent - C T Corporation System - Attn: Amanda Garcia
    818 West Seventh Street, Suite 930
    Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    WILLIAM C. SHEHAN, JR.
    903 RIVA RIDGE COURT
    UNION, KENTUCKY, 41091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 06/30/2020