UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
at Cincinnati

**William C. Shehan, Jr.,**

    Plaintiff,

vs.                                                       Case Number: 1:20cv500
                                                           Judge Susan J. Dlott

**United States Department of Justice, et al.,**

    Defendants.


**CERTIFICATE OF MAILING BY CLERK**

The Clerk of the United States District Court for the Southern District of Ohio has been requested to issue the complaint and summonses to the defendants**.**  The requested service was sent by certified mail on June 30, 2020.  Copies of the certified mail receipts are attached.



BY: <u>s/ K. Heuer</u>
      Deputy Clerk