# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

**Certified Mail Fee**
$

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

**Postage**
$

**Total Postage and Fees**
$

*Sent To* U.S. DEPARTMENT OF JUSTICE
*Street and Apt. No., or PO Box No.* 221 EAST FOURTH STREET, SUITE 400
*City, State, ZIP+4®* CINCINNATI, OH 45202

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7020 0090 0001 5365 5122

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7020 0090 0001 5365 5153

**Certified Mail Fee**
$

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark Here

**Postage**
$

**Total Postage and Fees**
$

Sent To: PAYPAL, INC, CT CORPORATION SYSTEM
Street and Apt. No., or PO Box No.: 818 West SEVENTH STREET, Suite 930
City, State, ZIP+4: LOS ANGELES, CA 90017

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy) $ _____
- [ ] Return Receipt (electronic) $ _____
- [ ] Certified Mail Restricted Delivery $ _____
- [ ] Adult Signature Required $ _____
- [ ] Adult Signature Restricted Delivery $ _____

Postmark Here

Postage
$

Total Postage and Fees
$

Sent To: PNC BANK, NATIONAL ASSOCIATION
Street and Apt. No., or PO Box No.: CORPORATION SERICE CO. 50 W. BROAD ST. #1330
City, State, ZIP+4®: COLUMBUS, OH 43215

7020 0090 0001 5365 5139

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

5146 5365 0001 0090 0202

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage

$

Total Postage and Fees

Sent To: STOCK YARDS BANK - SKO LOUISVILLE SERVICES
Street and Apt. No., or PO Box No.: 2000 PNC PLAZA 500 W. JEFFERSON ST.
City, State, ZIP+4®: LOUISVILLE KY 40206

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions