IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William C. Shehan, Jr., et al.,

    Plaintiff(s),

vs.

United States Department of Justice, et al.,

    Defendant(s).

Case Number: 1:20cv500

Judge Susan J. Dlott

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the Clerk of this Court for reassignment.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Court