**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. DEPARTMENT OF JUSTICE
   221 EAST FOURTH STREET
   SUITE 400
   CINCINNATI, OH 45202

   9590 9402 5819 0034 8120 61

2. Article Number (Transfer from service label)

   7020 0090 0001 5365 5122

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name): IRIS STEVERSON
C. Date of Delivery: 7-6-20

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

Rule 42   20CV500

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 5819 0034 8120 61

United States Postal Service

JUL 08 2020

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

kt

Sender: Please print your name, address, and ZIP+4® in this box•

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK — U.S. COURTHOUSE
POTTER STEWART STREET, Rm 103
100 EAST FIFTH STREET
CINCINNATI, OH 45202

RECEIVED

CASE # 1:20 CV 500