USPS TRACKING #

9590 9402 5819 0034 8123 13

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET, Room 103
CINCINNATI, OH 45202

CASE #: 1:20 CV 500



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Shannon Alford* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Shannon Alford    C. Date of Delivery |
| 1. Article Addressed to:<br>STOCK YARDS BANK + TRUST<br>R/A SKO LOUISVILLE SERVICES, LLC<br>2000 PNC PLAZA<br>500 WEST JEFFERSON STREET<br>LOUISVILLE, KY 40206 | D. Is delivery address different from item 1? ☒ Yes ☐ No<br>If YES, enter delivery address below:<br>JUL 0 6 2020<br>Rule 4.2   20 CV 500 |
| 9590 9402 5819 0034 8123 13 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 0090 0001 5365 5146 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |