

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET, # 103
CINCINNATI, OH 45202

CASE # 1:20 CV 500

2-991128

**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PNC BANK NATIONAL ASSOC

AGENT: CORPORATION SERVICE CO,

50 WEST BROAD ST, SUITE 1330

COLUMBUS OH 43215

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 5819 0034 8123 20

2. Article Number *(Transfer from service label)*

7020 0090 0001 5365 5139

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    RECEIVED

☐ Agent
☐ Addressee

Corporation Service Company

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

JUL 0 6 2020

By

**Deanne E. Schausell**

Agent

Rule 4.2    20CV500

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053    ...ic Return Receipt