# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PAYPAL, INC
Reg. Agent: CT CORPORATION SYSTEM
ATTN: AMANDA GARCIA
818 WEST SEVENTH STREET, #930
LOS ANGELES, CA 90017

9590 9402 5819 0034 8123 06

2. Article Number (Transfer from service label)

7020 0090 0001 5365 5153

# COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

Iris Garcia

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No



Rule 4.2    20CV500

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt