IN THE UNITED STATES DISTRICTCOURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM C. SHEHAN, JR., ET AL.,

    Plaintiff,

v.                                                                                   Case No.:  1:20-cv-500
                                                                                 Chief Judge Algenon L. Marbley

UNITED STATES DEPARTMENT OF
JUSTICE, ET AL.,

    Defendant.

## **ORDER**

    The Clerk of Court is hereby directed to transfer the above-captioned matter from the docket of Honorable Timothy S. Black to the undersigned.

    IT IS SO ORDERED.

Date: July 13, 2020

                                                                  Honorable Algenon L. Marbley
                                                                   Chief Judge United States District Court