# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **WILLIAM C. SHEHAN, JR.,** *et al.*, : | |
| Plaintiffs, : | Case No. 1:20-cv-500 |
| | Chief Judge Algenon L. Marbley |
| v. : | Chief Magistrate Judge Elizabeth P. Deavers |
| **UNITED STATES DEPARTMENT OF JUSTICE**, *et al.*, : | |
| Defendants. : | |

## ORDER

The undersigned hereby recuses herself from the above-styled case. The Clerk is **DIRECTED** to redraw the case for random reassignment to another United States Magistrate Judge.

**IT IS SO ORDERED.**

Date: July 17, 2020            /s/ *Elizabeth A. Preston Deavers*
                               **ELIZABETH A. PRESTON DEAVERS**
                               **UNITED STATES MAGISTRATE JUDGE**