**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM C. SHEHAN, JR., | : | |
| | : | |
| Plaintiff, | : | Case No. 1:20-cv-00500 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| U.S. DEPT. OF JUSTICE, et al., | : | |
| | : | |
| Defendants. | : | |

**OPINION & ORDER**

This matter is before the Court on Plaintiff William C. Shehan, Jr.'s Motion for Summary Judgment. (ECF No. 40). On December 29, 2020, this Court granted the motions to dismiss filed by Defendants PayPal, Inc. ("PayPal"), PNC Bank, N.A. ("PNC"), and Stock Yards Bank & Trust ("Stock Yards") and dismissed without prejudice Mr. Shehan's complaint. (ECF No. 38). Thus, Plaintiff's Motion for Summary Judgment is **DENIED AS MOOT**. (ECF No. 40).

IT IS SO ORDERED.

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

DATE: March 17, 2021